An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF THE DISCIPLINE OF RICHARD H. WEISS, BAR NO. 6165.

No. 66308

FILED

DEC 17 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
CHIEF DEPUTY CLERK

## ORDER APPROVING CONDITIONAL GUILTY PLEA AGREEMENT

This is an automatic review of a Southern Nevada Disciplinary Board hearing panel's recommendation that we approve a conditional guilty plea in exchange for a stated form of discipline pursuant to SCR 113 for attorney Richard H. Weiss. Under the plea agreement, Weiss admits to three violations each of RPC 1.15 (safekeeping property) and RPC 8.4 (misconduct). These violations arise from Weiss' failure to appropriately maintain funds in his client trust account and his payment of operational expenses from his client trust account.

The agreed-upon discipline provides that Weiss be (1) publically reprimanded, (2) required to pay the actual costs of the disciplinary proceedings within 30 days of receipt of a billing from the State Bar, and (3) suspended for a period of one year. The suspension is to be stayed pending compliance with conditions requiring Weiss to submit quarterly trust account reports to the State Bar, including copies of bank statements and copies of any distribution/settlement statements; obtain a State Bar-approved mentor to submit semi-annual reports to bar counsel for a period of one year; promptly comply with all requests for information from the State Bar; and refrain from engaging in any activity which results in public discipline during the term of the agreement. The

14-41016

disciplinary panel unanimously approved the conditional guilty plea agreement.

Having reviewed the record, we conclude that the conditional guilty plea agreement should be approved. *See* SCR 113(1). We direct the disciplinary panel to issue the public reprimand that it attached as an exhibit to its recommendation. The reprimand shall be amended to insert the following sentence on page 5, after the sentence beginning with "You did not appropriately maintain": "None of this misconduct resulted in the ultimate loss of any client funds." This order is conditioned upon this amendment to the reprimand being made. Further, Weiss is suspended for one year, with the suspension stayed subject to Weiss's compliance with the conditions stated in the agreement.

It is so ORDERED.

_____, C.J.
Gibbons

_____, J.                    _____, J.
Pickering                                       Hardesty

_____, J.                    _____, J.
Parraguirre                                     Douglas

_____, J.                    _____, J.
Cherry                                          Saitta

cc:    David Clark, Bar Counsel
Jeffrey Albregts, Chair, Southern Nevada Disciplinary Board
Kimberly K. Farmer, Executive Director, State Bar of Nevada
Cobeaga Law Firm
Perry Thompson, Admissions Office, United States Supreme Court